HR Interview of Meagan Hall (367) – Part 3

Patton: So [inaudible]

Hall: [inaudible]

Davis: [inaudible]

Hall: Does um, does Lewis know I said anything?

Patton: I have not in any single conversation uh had-um said like "Hey, Meagan told me that." I try-thank you. I try very hard when I'm doing investigations to only ask questions that like I already know the answers to. Um, and I don't ever really get into naming other people. Um, I often will say like "I know this happened." Or "I know this took place." Um, and a lot of times in cases people can deduce "Well, it must have come from Meagan." So, you know, for Lewis when we met with him and I talked specifically about the Planet Fitness thing as confirmation, that's going to-he's going to know probably where that came from. Um, but I don't ever say "Hey, can you tell me why Meagan is saying this or that?"

Hall: That's good. [inaudible] but then he asked me a question to [inaudible]

Patton: I probably would not at this point since the investigation is still open comment on what anybody else said or didn't say. But I'm happy to um you know, answer anything I can. Did he ask me questions?

Hall: Yeah.

Patton: No, I don't think he asked me any questions. You were there, I don't think he asked me any questions.

Davis: He didn't ask any questions. Um, his second interview he-he didn't ask any questions, he didn't want to talk or anything.

Patton: Yeah.

Hall: I think I'm just like, the main this is I'm really concerned that what he'll do if he finds out that I've admitted to it. Because of like kind of how he treated me during the ongoing relationship.

Davis: Talk about that because in your text you said that you were concerned because of what he was saying. What-what was that all about?

Hall: Well I mean it's like throughout the whole time we were doing it, I was always kind of afraid to end things with him or I'd go back and he kind of pressured me into coming back [inaudible]. It would kind of change the way we work together and he wouldn't make like direct threats or anything but especially once he was like warning me of the IA and telling me about an IA and everything. Uh, things he would say like, if I didn't deny it like it was more of indirect threats, if anything.

Patton: What did that sound like? [inaudible] come to mind?

Hall: It was just like "Things aren't going to end good if this happens, I'll lose my wife and kids and job, it's on you. You have to live with that." And like he knows where I live and [inaudible] it's just more concerning than anything. It's like [inaudible] my house one day and see his truck at my house.

Patton: Right, right.

Hall: [inaudible] I mean, he's only texted me once since my follow-up because [inaudible]. He hasn't tried to contact me or anything since then. But throughout the whole like us being together thing every now and then he wouldn't like threaten me, I just felt like I was more [inaudible] and things just because of his position and every now and then if something happened at work he'd be like "Don't worry about it." That was kind of it and it was like [inaudible] So, it's like he never played the like "I'm a Sergeant." Or anything like that but it was more like-I-I didn't want to ask.

Patton: But if he-

Hall: That's what he was-

Patton: Yeah, and what you're saying too is if he said "Hey, if something happens" and he says "don't worry about it, just do this." That's like trading.

Hall: I'm just afraid he's going to do something to me, Jed, or something. Because I mean, he knows where he lives, he's not going to drive from Smyrna to Manchester just to talk.

Patton: Right, right.

Hall: And that's my biggest concern is-

Patton: Can you tell me more about what the-I don't know what the lack of a better term is but the conspiracy to cover this whole thing up. Um, when that conversation took place at Planet Fitness, can you tell me more about like what specifically was said there on his part to you and also what he told you about his conversation with Ty?

Hall: So, Ty he just mentioned how he got pulled into it and Ty said he denied it. Like, which wasn't true [inaudible]. It was just he kept saying "I didn't say shit. What happens in my personal life is my personal life, it's none of your business. You just need to deny it if this gets out. I'm going to lose my job and everything, I'll never see my kids and that's going to be on you because if you crack under pressure then it's not going to end well." But I mean, I didn't really ask him what he means by "it's not going to end well" I just kind of took it and brushed it off. But when I was talking about us [inaudible] I told him that like whenever we were together he always told me "if anyone finds out or if you sleep with anyone else then it's over, things are going to be different, work's going to be different." It's kind of why I started sleeping with other people. Almost like so, I wouldn't have-because like, we had really rough conversations if I tried to end it so, I was wanting him to have to end it so I could avoid the conflict. And I didn't-it just got out of hand. I never wish-I did that to myself and I get it. But I just feel like he was kind of aggressive.

Patton: Can you speak to what the-I mean, you probably know the answers, you guys both [inaudible] the-the criminal aspect, what-what's at her disposal?

Davis: Yeah, I'm looking at it I'm just trying to think. Um, did he ever directly use his rank or anything to-

Hall: Never specifically, no. It's like he would say things without saying it.

Davis: Like what?

Hall: Like "Don't worry about it." And then later on throughout the day he like "You can just give me head."

Davis: You said what now?

Hall: "You can just give me head or just nut in my mouth, or I'd nut in your mouth" Or things like that.

Patton: Yeah.

Hall: Like he was never direct with it, it's mostly like in person or on the phone but it was just-I-I may just be taking it wrong. But I'm more so just kind of worried that when he finds out, like if he requests a copy of this and he finds out that I [inaudible]. I just don't know what he's going to say and if you know-

Patton: Well, I mean the public records thing, once it's closed that's on the table for anybody.

Hall: Yeah, I mean I understand that.

Patton: Can't avoid that but um, I mean, I think Chief and I both, we both care about you as a person too. Um, and I'm sure if there are resources that can be available we'll bring them to the table. Um-

Davis: Yeah. [inaudible]

Patton: But he hasn't reached out to you since?

Hall: Only that one time.

Patton: Just the one time.

Davis: What did he say in that?

Hall: He just asked if I was good. I deleted his number and-

Patton: Have you thought about changing your phone number?

Hall: I thought about it but it's a hassle.

Patton: It is.

Hall: [inaudible]

Patton: My-obviously, not something that I can tell you to do, right. But maybe a smart move because it will eliminate a large portion of people who you probably don't want to have you know, put the power back in your control too as far as who has your number. What about Ty? Has he contacted you?

Hall: No one's contacted me since the last time I [inaudible].

Patton: Okay. Um, you okay if I ask a couple of questions just for some clarity on some things?

Hall: Mm-hmm.

Patton: I'm trying to understand specifically on Ty you know, you didn't give me Ty first, somebody else gave me Ty first. Okay. So, you confirmed what-the information I already had. I'm trying to wrap my head around why he's denying it.

Hall: Why he's denying it too?

Patton: Adamantly denying it.

Hall: I mean, it might just be because he's a Sergeant.

Patton: Self-protection.

Hall: [inaudible] That would make sense when I did ask him, he said he knows [inaudible].

Patton: Do you know about any health conditions that he's facing right now? And no other thoughts on your end about why he would just stick to this, it didn't happen, it didn't happen?

Hall: [inaudible] I don't know.

Patton: Okay.

Davis: Let me ask you this. You wouldn't lie about it would you?

Hall: Huh?

Davis: You wouldn't lie about it would you? About Ty? Being with Ty.

Hall: Well, no, yeah, I wouldn't lie or anything.

Davis: The reason why I ask that is because we want to rule out the angle of "Oh, she's just trying to get back at me." Or-or something of that nature, like that. I have no reason not to believe you, let me just say that.

Hall: I mean, I wouldn't admit to having sex with him at all.

Davis: Right, right. At the moment that you said that I think that was your breaking point right there. So, I have my reasons to believe in that.

Patton: While-while you weren't truthful in the first meeting I felt like you have continued to come back. I mean, you said to me on that phone call or text or phone call or whatever, that first phone call when it was like "Hey, I don't want to lie. This kind of eats at me." Right? I believe that and I think that's probably why we keep revisiting things, right? But that's why, I think that's where that question comes from is like, everything you've told us, I've checked out and it's been confirmed. Except for Ty. But I have it from some other person too, not just you and I got it from some other person before it came from you. Um, it's just that puzzle piece of why there's such a denial there, you know. Um, any reason that to date you haven't brought up Seneca Shields?

Hall: Seneca [inaudible]

Patton: Did you do anything with Seneca?

Hall: [inaudible]

Patton: What about the gym? The gym behind PD?

Davis: The weight room.

Patton: The weight room. I got a report that you gave him a blowjob in the weight room.

Hall: We made out.

Patton: You made out? You didn't give him a blow job?

Hall: [inaudible]

Patton: So, what I have is that you-it was an off work day, you came in, asked him to come over to help you work on something.

Hall: Yeah, we were working out.

Patton: And he came over and then-and then there was a blow job that was given and then he went back to work and you went home.

Hall: We were making out [inaudible] oral sex [inaudible].

Davis: Was it-was it something that you all had planned to do or something that just happened?

Hall: It was definitely [inaudible].

Patton: Have you guys have been sending nudes back and forth to each other? Any reason why you didn't bring that, his name up to me early on?

Hall: It was so awkward [inaudible].

Patton: Okay. It's just one of those pieces that you know, I heard about last week and I knew we were going to you know, be getting together so. So, do you know why he would tell me a different story about the gym?

Hall: Same reason I don't know why Ty would deny it. I was up front about it. [inaudible]

Patton: Is there any kind of relationship like bro code between Ty and Seneca-

Hall: Probably. I mean, they work in the same building.

Patton: Yeah. That one's puzzling. Um, is there any other-any other male or female Officer that you made out with or had any kind of sexual relations with that we haven't talked about at all?

Hall: I think that's [inaudible].

Patton: Um, and then I have one question about kind of the leading up to the mental health stuff. Um, did you ever unload a weapon and dry fire at your head so you could hear what it sounded like?

Hall: [inaudible] it wasn't my duty weapon.

Patton: Wasn't your duty, it was your personal. Okay. So, what-how-Chief what can we do on the concerns about Powell and-

Davis: Well, I want to talk a little bit more.

Patton: Go ahead, go ahead.

Davis: Why you feel that feel threatened. I know you said something then that he alluded to but you never really said what.

Hall: It's more of just he's extremely persistent like there were times when I really didn't want to have sex and he would kind of throw it on me like [inaudible] he would do it.

Davis: How would-what would he do or what would he say to get you to go ahead and give in on that?

Hall: He was just extremely persistent um, a lot of the times I would end up just doing it just to get him to stop asking and there was one time where I did too and during it I was just kind of ready for him to finish so we could get over with it and he after he was like "I could tell you really weren't into that. You must really care about me, thank you for letting me finish. It shows how you really care about me." And everything else, like yeah, [inaudible] like if I say no, he'll just keep asking "We'll do it tomorrow" [inaudible] and then "I've done so much for you, I've helped you" Or "Done so much for you in your personal life."

Davis: What has he done for you?

Hall: He-he I mean lets me vent every now and then but-

Davis: He did what now?

Hall: I mean he'll let me vent to him. He claims he gives me relationship advice for my marriage and he goes the extra mile to help me out at work [inaudible] and things like that. [inaudible] He was like "I wouldn't be doing this if we didn't have a relationship like we do." So, it was more just like-

Patton: Quid pro quo?

Davis: Yeah.

Hall: Yeah. I didn't want things to be different at work because he's on our shift all the time. Most of [inaudible]

Davis: Yeah [inaudible]

Patton: Do you, I think I asked you earlier on, of like was everything consensual, did you ever feel pressured like there was an assault that took place at any point?

Hall: He never forced me [inaudible].

Patton: Okay.

Davis: [inaudible]

Hall: At the end of the day it was consensual because I agreed to it.

Patton: Right.

Hall: It's not like I said no, he said well screw you [inaudible] it's like, I couldn't figure out a way to get out of it. I was kind of stuck until I finally just told him "Hey, I fucked someone else." And then he ended it. Because I just [inaudible] have him [inaudible].

Patton: Yeah.

Davis: How was his attitude towards you when you [inaudible] somebody else?

Hall: [inaudible] he was like "You betrayed me, I thought you cared about me, no one's here but me, you really hurt me." One time he uh-when I tried ending it, he called me, he drank a whole bottle of Jack, and he said "I just want to kill myself. I wanted to drive off and get into a wreck and it's because of you."

Davis: Powell said this?

Hall: He said "It's because of you and you did this to me and you hurt me. Just because I was trying to end it." but I was like "Don't do that, don't drive drunk." So, I convinced him to get some sleep, we stopped texting after a while.

Davis: Did he have that stuff in text messages?

Hall: Huh?

Davis: Did he have that in text messages to you about wanting to do all of this stuff?

Hall: No, he called me about that.

Patton: This is messy.

Hall: I wish I would have just came up front about me and him so all of that could have been avoided. [inaudible] said the same thing, he would have helped me through it and he kind of understands why all of it got started. The rest of it [inaudible] but he feels bad that I was put in that position which is kind of helping us right now.

Patton: Yeah, yeah 100% on the employment end disclosure would have solved the whole thing.

Davis: You had an avenue that I gave you right after.

Hall: Huh?

Davis: I gave you the avenue [inaudible] to come talk to me. I'm just tripping, I always get on you about that. [inaudible] So, how do you feel at home? Do you feel like [inaudible] does he know where you live?

Hall: Yeah.

Davis: How do you-how do you feel at home by yourself? What shift [inaudible]?

Hall: Huh?

Davis: What shift is [inaudible] working?

Hall: Uh, he's six to six. He was [inaudible]

Davis: [inaudible]

Hall: Mm-hmm. I mean, he always drives past the house all the time and he knows like-

Davis: Okay.

Patton: He's in the County where y'all live?

Hall: Mm-hmm.

Davis: Okay, okay.

Hall: He knows a lot of guys at Manchester so he's always telling them to just stop by the house and look out for his [inaudible].

Davis: So, do you think he could put a close watch or something on y'all's house while he's in-

Hall: He's already done that. When he's at work I try to stay out of the house, just kind of go and do things.

Davis: Try to stay out of the house? So, what I will probably do is I will probably research some things, I'll probably go back and research some things and probably reach out to you and call you or something like that. Ask some more questions, so I can see [inaudible]

Patton: What kind of protection stuff [inaudible]

Davis: Protection or and if there's anything to pursue on our end of it. [inaudible] You know, like I always tell you, this situation [inaudible]. For your well being as well too. I just-I just have to look at some stuff to find out. Because some of the things-some of the things that you're saying can be [inaudible] official impression. I just need to read up on it what you're [inaudible].

Hall: I mean, I don't want to get him in trouble I'm more so just-

Davis: No, but, but again, you're trying to protect you, okay? You're trying to protect you, you know, you have a concern about it, even if it's [inaudible] to him, nothing ever happens [inaudible]

Patton: I go back and forth when we talk. There are moments where I feel like you're present and honest and then there are moments where I feel like you protect and are not completely honest and then we end up having a follow-up conversation or something and it comes out. I feel that way about the Seneca conversation. Like I feel like I want to go back and revisit that again with you, right. So, I had- I've had somebody that brought me a "her and Seneca" um, and then I've had a conversation to get what was brought to me confirmed, and then you deny it. So, I-and I think I asked you early on about like a fetish, where you-do you have like a foot fetish and you said no. But it's come back up again and it's from a different person.

Hall: You didn't ask me that.

Patton: I didn't ask you that. Do you have a foot fetish? Do you send pictures of your feet to people?

Hall: I don't, Ty does.

Patton: Ty has a foot fetish? And so, he would ask you for pictures of your feet?

Hall: Yeah.

Patton: Did you send pictures of your feet to Seneca?

Hall: [inaudible] I know I did to Ty. [inaudible]

Patton: I know you did Ty too, because I saw them.

Hall: Yeah.

Davis: By-by request-

Hall: Yeah.

Davis: -from him. But none to Seneca?

Hall: I may have, I don't-

Patton: So, you're saying [inaudible] but as far as you can remember all you and Seneca have done is made out?

Davis: Let me ask you this and-and don't think I'm crazy but what's your definition of "made out?"

Hall: Kissing, feeling up, like kissing and touching.

Davis: I just want to put that on [inaudible]

Patton: Do you remember somebody coming-I-I don't have a date when this took place but it was sometime in the last couple of months in the gym, do you remember somebody coming in, an Officer, male Officer, coming in when you and Seneca were-you were off-duty, he was on-duty, he came over to help you, another Officer came in, do you remember that day or that moment that stood out?

Hall: I mean, Liedtke came out after-

Patton: And then left and the two of you stayed?

Hall: Yeah.

Patton: And then after Liedtke left, again I'm sorry I don't want to keep beating a dead horse there, but there wasn't a sexual act that took place in the gym according to you?

Hall: I mean, like I said, we made out I [inaudible] hand job.

Patton: You gave him a hand job?

Hall: Yeah, it wasn't a blow job.

Patton: Okay. There's just conflicting information out there on that topic and since you hadn't brought Seneca up that's why I'm kind of stuck on it. Like why, why did this one get left out? And if this got left out, who else got left out? You know what I mean? It only happened one time with Seneca? You guys talk the next day and like what, said like "It's not a-" did he initiate that conversation the next day or did you?

Hall: I want to say I came to him and say we probably shouldn't.

Patton: Shouldn't do that.

Hall: Get things started.

Patton: Okay. What else is-what else do we need to clarify that you can think of? After the Planet Fitness meeting which was like last Wednesday, two Wednesdays ago?

Hall: It was the Wednesday before my first interview.

Patton: Okay, yeah. Okay. Um, have-have you-has there been anymore conversation about sticking to the story, covering up, has there been any more comments, do you know of anybody else who's actively trying to lie during the course of this investigation?

Hall: Not that I know of. Lewis was the only one, I guess Ty too. [inaudible]

Davis: Did you have direct contact with Ty about this investigation?

Hall: I had called him.

Davis: What-what did he say if you remember?

Hall: I asked uh if he said anything to HR and all he said was "I don't know what you're talking about, this conversation didn't happen." Type of thing and then we just started talking about the gym and some things like that. [inaudible]

Davis: Did he never tell you to deny anything or anything?

Hall: He didn't say to deny it, it was more of just like this conversation didn't happen and we just kind of moved on.

Davis: But Lewis did.

Hall: Yes, multiple times.

Davis: [inaudible]

Patton: Um, do you know anything about other relationships Ty is having whether at work or off work?

Hall: I've heard V but he said no.

Patton: You guys talked about whether he was with V and he said no?

Hall: Mm-hmm. I said there was rumors going around, he said no.

Patton: Anybody else at work?

Hall: Not that I know of.

Patton: What about outside of work? Does he ever talk about his life outside of work?

Hall: We used to be really close, we just kind of we just don't talk on a regular basis now.

Patton: Any knowledge about him getting married?

Hall: Recently? I have no idea. I know he was married at one point and had kids.

Patton: Yeah. This would be like something new, like getting, going to get married.

Hall: [inaudible] unless he's keeping a secret.

Davis: What kind of [inaudible]

Hall: It was more of just we stopped, because like when I first started, I'd be here on day shift training so, I'd see him every day. But I got moved to second [inaudible] working weekends [inaudible] so, I just didn't see him as much.

Patton: And how many times were you with him sexually?

Hall: Twice.

Patton: And the last time was the week of your um when you went into the hospital.

Hall: Hospital. That Sunday.

Patton: Did you go, when you were at his house, did you go into some kind of like a barn or auto shop or does he have a vehicle that he's working on or something there? Like an out building?

Hall: We didn't go into it, we went into his house.

Patton: Just only in his house.

Davis: [inaudible]

Hall: Yeah.

Davis: Went outside to the barn or anything like that?

Patton: Does he have a car that he's working on?

Hall: Uh, I think he has a truck.

Patton: A truck.

Davis: Truck.

Patton: But you guys never went out there?

Hall: We just stayed in his house.

Patton: Was he uh meal prepping that day?

Hall: Uh, he was waiting until after the gym, he used to do it [inaudible] and then he went to the gym and he was going to meal prep after.

Davis: [inaudible] meal prep while you were there-

Patton: He wasn't meal prepping while you were there?

Hall: No.

Davis: So, not taking you back to the act [inaudible] itself. What happened like kind of detailed, was it I went to his house and went straight to this or hung out for a little while or?

Hall: Well that week I was definitely not in my right state of mind. So, I just wanted to initially talk and we were just laying on the couch together and then we talked for a little bit, he made me a drink and we um started feeling around, made our way to the bedroom and then I just left after that because he wanted to go to the gym at the station.

Patton: Can you tell me-can you tell me about an encounter you had with him before you were an official Officer? At your house.

Hall: Uh, yeah. So, I don't remember what it was but me and V were together hanging out. He met us at Chili's in Murfreesboro, we all got some drinks, we went back to my house, we were hanging out for a little bit. Um, Jed came home, we started drinking. Ty wanted to try to get Jed to have a thing with all of us. We played strip Uno and then V went out onto the patio with Jed, me and Ty kissed for a little bit and then that was it.

Patton: Um, do you remember getting fully undressed?

Hall: No, I wasn't fully undressed.

Patton: Was V undressed?

Hall: I think we were both in our bra and underwear.

Patton: Okay.

Hall: [inaudible]

Patton: And then do you recall being in the bedroom or a room with Ty when he took a picture of himself and sent it to you? Of his penis and sent it to you?

Hall: It was the hallway.

Patton: In the hallway?

Hall: Yeah. It's an apartment so it's like a living room, the hallway with the bathroom and the-the bedroom but the doors were closed so, we were in the hallway.

Patton: So, what part of um of the process were you in with us at that point? The hiring process, what part were you in?

Hall: I think it was after the psych eval. I think we were celebrating that we just finished the psych and so, we weren't officially hired but we were like close.

Patton: You and V?

Hall: Mm-hmm.

Patton: And how did Ty get in that mix?

Hall: Because he had been helping us through the PT test the whole time. So, we would all meet up at the station, run through the course, [inaudible]. And we were just excited so, we told him [inaudible] because he kept telling us not to worry about the psych, and we were like "Hey, we just passed, do you want to go out for drinks?" So, [inaudible].

Patton: Do you have any photos, videos or text messages from him that you could share with me that would support anything that you've told us?

Hall: I don't. I mean, I know V, she probably I'm assuming she would admit to that happening. But that's about it.

Patton: Was she present when he took a picture of himself?

Hall: I think she was out on the-because him and, I mean my husband and her went out to smoke on the patio that we have.

Patton: Did she leave shortly after that, she call a ride?

Hall: Yeah, it was like, because her and her husband were fighting so, uh she had like a friend or something that came, some boy, that came and picked her up and then Ty left a little bit later.

Patton: And just you and Jed were there?

Hall: Yeah.

Davis: Do you have any information that she may have been with anybody at the [inaudible]?

Hall: [inaudible]

Patton: What have you heard?

Hall: Her, Senecca-

Patton: Because we're-we're past the point of hearing rumors, we've now validated many of these rumors.

Hall: Right.

Patton: So, who else have you heard?

Hall: Um, her and Seneca, Ty, I think Larry. And I know she was constantly texting Lewis trying to get them to hook up but he kept denying.

Patton: So, the same group-the same group of guys.

Hall: Yeah.

Patton: But I didn't hear Lugo, I didn't hear PMag.

Hall: They may have-well, so, PMag did say he'd bang her if he got the chance but I don't know if he ever did.

Patton: Okay. What else? What have I not asked about that's still going to haunt you or that you wish you would have said to clear your soul?

Hall: I feel like we've touched everything.

Patton: It's been a lot.

Hall: Yeah.

Patton: Still seeing your counselor?

Hall: Yeah. Actually, I went today.

Patton: Still being honest?

Hall: Yeah, he's helping me.

Patton: Okay.

Hall: About to go to couple's counseling.

Patton: Good. You guys are going to try to stay together?

Hall: Yeah.

Patton: Have you been 100% honest with your husband? That was brutal, probably worse than me and Chief, right?

Hall: Yeah. It was-it wasn't easy but uh, I'm glad I told him.

Patton: Yeah.

Hall: [inaudible]

Patton: You and PMag talking right now? Anybody on shift?

Hall: At the PD? Well I mean, me and Cailey and me and Tackette talk. But it's more about other things [inaudible] because they kind of went through the same stuff.

Patton: Right.

Hall: But nothing about any of this.

Patton: Okay. Well, the door is still open if you want to talk I'm going to let Chief handle all of the protect stuff, that's outside my scope. But um certainly retaliation, fears, anything like that um don't sit on any of that, you know. Keep it, especially if it comes in written form or something, keep it, share that with Chief or something. So, that you can use that as a resource to help prove what's happening.

Hall: Okay.

Patton: If you happen to discover that you have anything saved, photos, videos, texts, anything that pops up um that would be helpful for me. I will say that um others have been throwing their personal cells on the table and it's [inaudible] so.

Hall: I don't have anything on mine [inaudible] I deleted all of them.

Patton: Yeah, yeah. Did you like also delete all of your like deleted photos and deleted texts? Like you cleared the whole thing? Okay.

Hall: I feel like this started [inaudible] completely just get rid of all of it.

Patton: Right, right. Was that before we met the first time or before the hospital?

Hall: Before the hospital.

Patton: Before the hospital, okay. Okay. What questions still linger for us? Okay.

Davis: Keep hanging in there. Keep hanging in there, my line of communication is open, sometimes a little slow but I get to it [inaudible]. Um, it's not over yet, the investigation is not over yet, we're about to have another holiday, so.

Patton: You should get your paycheck this week just like anybody else.

Hall: Okay. So, y'all are just doing the time cards?

Davis: We just did eight hours, I mean ten hours [inaudible]

Patton: It's forty hours of admin, forty hours of admin just gets supplied. Um so, it-it should hit your box just like it normally would. Okay. Anything else? Okay. Drive safely.

Hall: Thank you.