















Case 3:23-cv-00173   Document 1-4   Filed 02/27/23   Page 8 of 11 PageID #: 117






