IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MAEGAN OLIVIA HALL<br><br>*Plaintiff*<br><br><br>CITY OF LA VERGNE, TENNESSEE,<br>BURREL "CHIP" DAVIS,<br>LEWIS POWELL, *and*<br>HENRY "TY" MCGOWAN<br><br>*Defendants* | Case No. 3:23-cv-00173<br><br>Judge Richardson<br>Magistrate Judge Holmes |

### Joint Stipulation for Dismissal With Prejudice

Come now all parties, by undersigned counsel, and give notice that all claims and counterclaims pending in this case shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

s/ *Wesley Clark*
Wesley Ben Clark, #32611
Frank Ross Brazil, #34586
Sarah Mansfield #39476
BRAZIL CLARK, PLLC
*Attorneys for Plaintiff Maegan Hall*
2901 Dobbs Avenue
Nashville, TN 37211
615-730-8619
615-634-3651 (fax)
wesley@brazilclark.com
frank@brazilclark.com
sarah@brazilclark.com

*s/ A. Ryan Simmons*
Kristin E. Berexa, #14833
A. Ryan Simmons, #31456
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Phone: 615-254-3060
Fax: 615-254-9835
kristin.berexa@farrar-bates.com
ryan.simmons@farrar-bates.com
*Counsel for Defendant City of La Vergne*

*s/ Drew Justice*
Drew Justice, #29247
THE JUSTICE LAW OFFICE
1902 Cypress Drive
Murfreesboro, TN 37130
(615) 419-4994
Fax: (877) 768-8271
drew@justicelawoffice.com
*Counsel for Defendant Lewis Powell*

*s/ Jay Jackson*
Jay B. Jackson, II #16745
MITCHELL & MITCHELL
106 E College Street
P O Box 1336
Murfreesboro, TN 37133-1336
(615) 896-4211
Fax: (615) 895-5485
jay.jackson@mitchellattorneys.com
*Counsel for Defendant Henry "Ty" McGowan*

*s/ Isaac Conner*
Isaac T. Conner, #22736
MANSON JOHNSON CONNER, PLLC
1720 West End Avenue, Suite 300
Nashville, TN 37203
615-254-1600
615-891-2395 (fax)
iconner@mansonjohnsonlaw.com
*Counsel for Defendant Burrel "Chip" Davis*

2

<u>Certificate of Service</u>

The undersigned further certifies that this document was electronically filed on March 21, 2024 and is expected to be served upon the following:

Kristin E. Berexa
A. Ryan Simmons
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Phone: 615-254-3060
Fax: 615-254-9835
kristin.berexa@farrar-bates.com
ryan.simmons@farrar-bates.com
*Counsel for Defendant City of La Vergne*

Drew Justice
THE JUSTICE LAW OFFICE
1902 Cypress Drive
Murfreesboro, TN 37130
(615) 419-4994
Fax: (877) 768-8271
drew@justicelawoffice.com
*Counsel for Defendant Lewis Powell*

Jay B. Jackson
MITCHELL & MITCHELL
106 E College Street
P O Box 1336
Murfreesboro, TN 37133-1336
(615) 896-4211
Fax: (615) 895-5485
jay.jackson@mitchellattorneys.com
*Counsel for Defendant Henry "Ty" McGowan*

Isaac T. Conner
MANSON JOHNSON CONNER, PLLC
1720 West End Avenue, Suite 300
Nashville, TN 37203
615-254-1600
615-891-2395 (fax)
iconner@mansonjohnsonlaw.com
*Counsel for Defendant Burrel "Chip" Davis*

*s/ Wesley Clark*

3